**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAUREN GREENE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 19-1924 (UNA) |
| STATE OF PENNSYLVANIA, *et al.*, | ) ) ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The Court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff's long and rambling pleading recounts her education and professional history, treatment for mental disorders, arrests, involuntary hospitalizations, and alleged

involvement with the CIA. Missing from the complaint are statements regarding this Court's jurisdiction and the plaintiff's entitlement to the relief she demands, including revision of rules to make her eligible for rehire in the Philadelphia public schools, correction of records maintained by Pennsylvania state police, and firing employees of the University of Pennsylvania Health System. Furthermore, the complaint fails to put any defendant on notice of the claim(s) the plaintiff raises against it. Because the complaint fails to comply with Rule 8(a), the Court will dismiss it without prejudice.

An Order is issued separately.

DATE: July 23, 2019

_____
United States District Judge